JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. MILLS, | Case No. CV 16-04607-CBM (DTB) |
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| MEDICAL DEPT "B" FACILITY LANCASTER STATE PRISON, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: JANUARY 26, 2017

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE